# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

E Filed
05 JUL 15 PM 1:12

John Franklin Milan

Inmate Identification Number: MID # 13268

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Tallapoosa County Jail

_____

_____

(Enter above full name(s) of the defendant(s)
in this action)

2005 SEP 20 A 10:06

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

CV-05-PT-1534-E

3:05cv893-F

I.  **Previous lawsuits**

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (X)

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s):  _____

           Defendant(s): _____

           _____

/

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Tallapoosa County Jail

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( X )    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( X )    No ( )

   C. If your answer is YES:

      1. What steps did you take? Sent a request and got no answer. Filed a grievance got no response

      2. What was the result? Have received no answer to either. Rule Book says 72 hours to respond.

   D. If your answer is NO, explain why not? _____

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) John Milam

Address Tallapoosa County Jail
316 Industrial Park Dr   36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant LT Moss

is employed as C.O. Correction Officer

at Tallapoosa County Jail

C. Additional Defendants Blake Jennings
Jail administrator

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I asked for a large print bible in a request. Request was never answered. Filed Grievance it was never answered. A copy of Grievance is enclosed.

3

V. **RELIEF**

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Give me the right to have a bible with large enough print so I can read it. Would like to have my 5x8 paperback bible. Other inmates have theirs. Several inmates do.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/13/05 .

John L. Milan

Signature(s)

4

RECEIVED
05 JUL 15 PM 1:11

with ~~the~~ ~~Even the~~ reading glasses the print puts a strain on my good eye. I asked her if she would allow my bible in 5x8 paper back bible. She said the bible she issued is all I can have. I asked her if she could get one with larger print. She said the ones she had was all I could get. She said that was all that was allowed. I know for a fact there are several other bibles in here that were not issued by Staff. All I'm asking is for my 5x8 Paper back bible to be allowed in. The print is much larger I ask you to please consider this.

Sincerely
John F. Milan