One of these Copies

TALLAPOOSA COUNTY JAIL
INMATE GRIEVANCE FORM

INSTRUCTIONS: Fill in all of the information requested down to the dotted line below. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specific location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form give it to a jail staff member.
(Revised 4/24/03)

Name: John F. MilAN   Today's Date: 7/10/05

GRIEVANCE: Mr Jennings, You know who I am. I am the Guy who got the glasses mixed up. Well I had requested a large print bible from Mrs Moss. She sent one but the print is far from being large. I am completly blind in my left eye and have to have strong glasses to read with my right eye. Continued on paper

SUGGESTED SOLUTION: Allow my 5x8 paper back bible in or buy me a large print bible.

John F. MiLAN

........................................................................

DATE/TIME RECEIVED: _____ OFFICER'S NAME: _____

ACTION TAKEN BY CO: _____

DATE: _____ EVENT#: _____ OFFICER'S SIGNATURE: _____

ACTION TAKEN BY LIEUTENANT: _____

DATE: _____ SIGNATURE: _____
Reviewed by Jail Administrator: _____

TCJ Form-03

PAGE Exclesed is from the bible LT. Moss is calling LARGE print)

THE GOSPEL ACCORDING TO

# MATTHEW

## CHAPTER 1
*Genealogy of Jesus from Abraham*

THE book of the generation of Jē'-sus Chrīst, the son of Dā'vid, the son of Ā'brȧ-hăm.

2 Ā'brȧ-hăm begat Ī'ṣaac; and Ī'ṣaac begat Jā'cob; and Jā'cob begat Jū'das and his brethren;

3 And Jū'das begat Phā'rēṣ and Zā'rȧ of Thā'mar; and Phā'rēṣ begat Ĕs'rom; and Ĕs'rom begat Ā'ram;

4 And Ā'ram begat Ȧ-mĭn'a-dăb; and Ȧ-mĭn'a-dăb begat Nȧ-ăs'son; and Nȧ-ăs'son begat Săl'mŏn;

5 And Săl'mŏn begat Bō'ŏz of Rā'-chăb; and Bō'ŏz begat Ō'bed of Ruth; and Ō'bed begat Jĕs'se;

6 And Jĕs'se begat Dā'vid the king; and Dā'vid the king begat Sŏl'o-mon of her *that had been the wife* of U-rī'-as;

7 And Sŏl'o-mon begat Rŏ-bō'am; and Rŏ-bō'am begat Ȧ-bī'ȧ; and Ȧ-bī'ȧ begat Ā'sȧ;

8 And Ā'sȧ begat Jŏs'a-phăt; and Jŏs'a-phăt begat Jō'ram; and Jō'ram begat Ō-zī'as;

9 And Ō-zī'as begat Jō'a-thăm; and Jō'a-thăm begat Ā'chăz; and Ā'chăz begat Ĕz-e-kī'as;

10 And Ĕz-e-kī'as begat Mȧ-năs'-sēṣ; and Mȧ-năs'sēṣ begat Ā'mon; and Ā'mon begat Jŏ-sī'as;

11 And Jŏ-sī'as begat Jĕch-o-nī'as and his brethren, about the time they were carried away to Băb'y̆-lon:

12 And after they were brought to Băb'y̆-lon, Jĕch-o-nī'as begat Sȧ-lā'-thĭ-el; and Sȧ-lā'thĭ-el begat Zŏ-rŏb'-a-bĕl;

13 And Zŏ-rŏb'a-bĕl begat Ȧ-bī'ud; and Ȧ-bī'ud begat Ė-lī'a-kĭm; and Ė-lī'a-kĭm begat Ā'zôr;

14 And Ā'zôr begat Sā'dŏc; and Sā'-dŏc begat Ā'chim; and Ā'chim begat Ė-lī'ud;

15 And Ė-lī'ud begat Ė-le-ā'zar; and Ė-le-ā'zar begat Măt'than; and Măt'-than begat Jā'cob;

16 And Jā'cob begat Jō'ṣeph the husband of Mā'ry̆, of whom was born Jē'ṣus, who is called Chrīst.

17 So all the generations from Ā'-brȧ-hăm to Dā'vid *are* fourteen generations; and from Dā'vid until the carrying away into Băb'y̆-lon *are* fourteen generations; and from the carrying away into Băb'y̆-lon unto Chrīst *are* fourteen generations.

18 ¶ Now the birth of Jē'ṣus Chrīst was on this wise: When as his mother Mā'ry̆ was espoused to Jō'ṣeph, before they came together, she was found with child of the Hō'ly̆ Ghōst.

19 Then Jō'ṣeph her husband, being a just *man*, and not willing to make her a publick example, was minded to put her away privily.

20 But while he thought on these things, behold, the angel of the Lord appeared unto him in a dream, saying, Jō'ṣeph, thou son of Dā'vid, fear not to take unto thee Mā'ry̆ thy wife: for that which is conceived in her is of the Hō'ly̆ Ghōst.

21 And she shall bring forth a son, and thou shalt call his name JĒ'ṢUS: for he shall save his people from their sins.

22 Now all this was done, that it might be fulfilled which was spoken of the Lord by the prophet, saying,

23 Behold, a virgin shall be with child, and shall bring forth a son, and they shall call his name Ĕm-măn'-u-el, which being interpreted is, God with us.

24 Then Jō'ṣeph being raised from sleep did as the angel of the Lord had bidden him, and took unto him his wife:

25 And knew her not till she had brought forth her firstborn son: and he called his name JĒ'ṢUS.

## CHAPTER 2
*Wise Men Bring Offerings*

NOW when Jē'ṣus was born in Bĕth'lĕ-hĕm of Jū-dæ'ȧ in the

days of Hĕr'od the king, behold, there came wise men from the east to Jĕ-ru'să-lĕm,

2 Saying, Where is he that is born King of the Jews? for we have seen his star in the east, and are come to worship him.

3 When Hĕr'od the king had heard *these things*, he was troubled, and all Jĕ-ru'să-lĕm with him.

4 And when he had gathered all the chief priests and scribes of the people together, he demanded of them where Chrīst should be born.

5 And they said unto him, In Bĕth'-lĕ-hĕm of Jū'dæ'å: for thus it is written by the prophet,

6 And thou Bĕth'lĕ-hĕm, *in* the land of Jū'då, art not the least among the princes of Jū'då: for out of thee shall come a Governor, that shall rule my people Ĭs'ra-el.

7 Then Hĕr'od, when he had privily called the wise men, enquired of them diligently what time the star appeared.

8 And he sent them to Bĕth'lĕ-hĕm, and said, Go and search diligently for the young child; and when ye have found *him*, bring me word again, that I may come and worship him also.

9 When they had heard the king, they departed; and, lo, the star, which they saw in the east, went before them, till it came and stood over where the young child was.

10 When they saw the star, they rejoiced with exceeding great joy.

11 ¶ And when they were come into the house, they saw the young child with Mā'rў his mother, and fell down, and worshipped him: and when they had opened their treasures, they presented unto him gifts; gold, and frankincense, and myrrh.

12 And being warned of God in a dream that they should not return to Hĕr'od, they departed into their own country another way.

13 And when they were departed, behold, the angel of the Lord appeareth to Jō'sęph in a dream, saying, Arise, and take the young child and his mother, and flee into Ē'gўpt, and be thou there until I bring thee word: for Hĕr'od will seek the young child to destroy him.

14 When he arose, he took the young child and his mother by night, and departed into Ē'gўpt:

15 And was there until the death of Hĕr'od: that it might be fulfilled which was spoken of the Lord by the prophet, saying, Out of Ē'gўpt have I called my son.

16 ¶ Then Hĕr'od, when he saw that he was mocked of the wise men, was exceeding wroth, and sent forth, and slew all the children that were in Bĕth'lĕ-hĕm, and in all the coasts thereof, from two years old and under, according to the time which he had diligently enquired of the wise men.

17 Then was fulfilled that which was spoken by Jĕr'e-mў the prophet, saying,

18 In Rā'må was there a voice heard, lamentation, and weeping, and great mourning, Rā'chel weeping *for* her children, and would not be comforted, because they are not.

19 ¶ But when Hĕr'od was dead, behold, an angel of the Lord appeareth in a dream to Jō'sęph in Ē'gўpt,

20 Saying, Arise, and take the young child and his mother, and go into the land of Ĭs'ra-el: for they are dead which sought the young child's life.

21 And he arose, and took the young child and his mother, and came into the land of Ĭs'ra-el.

22 But when he heard that Är-chĕ-lā'us did reign in Jū-dæ'å in the room of his father Hĕr'od, he was afraid to go thither: notwithstanding, being warned of God in a dream, he turned aside into the parts of Găl'ĭ-lee:

23 And he came and dwelt in a city called Năz'a-rĕth: that it might be fulfilled which was spoken by the prophets, He shall be called a Năz-a-rēne'.

## CHAPTER 3
*Preaching of John the Baptist*

IN those days came Jŏhn the Băp'-tĭst, preaching in the wilderness of Jū'dæ'å,