FOR USE BY INCARCERATED PERSONS                             CV-05-PT-1534-E

FILED
JUL 15 2005
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

3:05cv893-F

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2005 SEP 20 A 10: 05

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: __John Franklin Milan__
   Present mailing address: __Tallapoosa County Jail__
   __316 Industrial Park Dr__

2. Are you presently employed?                                Yes ____ No _X_

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   Monthly earnings: __0__

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   __Central Al Landscaping__
   __May 30/205  $8.00 hour__

   Date last worked: __5/30/05__
   Monthly earnings: __$1,200__

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?   Yes ____ No _X_
   (b) Interest, dividends, rents, or investment income of any kind? Yes ____ No _X_

1

(c) Pensions, annuities, or life insurance payments?   Yes ____   No _X_

(d) Gifts or inheritances?   Yes ____   No _X_

(e) Any other sources?   Yes ____   No _X_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ .13¢

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No _X_

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: July 1/05                    John F. Milan
                                    SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __John Milan__ has been incarcerated in this institution since _____, 19___, and that he has the sum of $ __20.91__ in his prison or jail trust account on this the __11__ day of __July__, __05__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 6-2 to 6-28-05 | $ 55.93 | $ |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | 7-3-05 | $50.00 | $ 20.91 |

__Marianne Adams__
Signature of Authorized Officer of Institution

__Tallapoosa Co. Jail__
Name of Institution

4