**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Moss
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

05cv893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Toni McCary_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Toni McCary    9-22-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 3017 4253

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Administrator Blake Jennings
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

05cv893

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Toni McCary_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Toni McCary    9-22-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 3017 4260

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540