IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JOHN FRANKLIN MILAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-893-F |
| | ) |
| TALLAPOOSA COUNTY JAIL, *et al.,*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on September 21, 2005(Doc. #6), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1. The plaintiff's claims against the Tallapoosa County Jail and his challenge to the inmate grievance procedure are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Tallapoosa County Jail is DISMISSED as a defendant in this cause of action.

3. The plaintiff's claim with respect to the denial of a large print Bible is referred back to the magistrate judge for additional proceedings.

DONE this 19th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE