# Exhibit A
# Inmate File of John Franklin Milan, "Inmate File", Writ of Arrest dated May 26, 2005

17024

ACR3 51

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF TALLAPOOSA COUNTY

WRIT OF ARREST
PROBATION REVOCATION   CC 2004 000 6.00
JID: HOWARD F. BEAN

THE STATE OF ALABAMA      VS MILAN JOHN FRANKLIN

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: MILAN JOHN FRANKLIN
AND BRING HIM BEFORE THIS COURT TO SHOW CAUSE WHY THE ORDER OF PROBATION
IN THIS CASE SHOULD NOT BE REVOKED.

ORIGINAL CHARGE(S):                      CHARGE(S) AT DISPOSITION:
  1. DUI - FELONY                          1. DUI - FELONY
  2. RECKLESS DRIVING                       2.
  3. SUBSTITUTED TAG                        3.
  4. DRIVING WHILE REVOKE                   4. DRIVING WHILE REVOKE

WITNESS MY HAND THIS        MAY 26, 2005.

                                        _Frank Lucas_ CL
                                        JUDGE/CLERK

BOND SET AT:   NO BOND

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION

▇▇▇▇▇▇▇▇▇▇                        HT: 5'08" WT: 165
                                  HAIR: BRO   EYE: BRO
▇▇▇▇▇▇▇▇    , AL 36861 0000       BIRTH DATE: ▇▇▇▇▇▇
                                  RACE: W    SEX: M
                                  SID#: 000000000
                                  SSN#: ▇▇▇▇▇▇▇

ALIAS:

EMPLOYER: _____    PHONE NO: _____

TICKET NUMBER:              AGENCY/OFFICER: 0620100/SCO▇▇

NOTE: UPON ARREST & INCARCERATION, A PROBATION REVOCATION HEARING SHALL
      BE SET

OFFICER'S RETURN:
RECEIVED ON
EXECUTED ON ____06/02/05____    BY: _____

( )  DEFENDANT ARRESTED, RELEASED ON BOND
(X)  DEFENDANT ARRESTED, IN JAIL
(X)  DEFENDANT ARRESTED, NOT BOOKED
( )  NOT FOUND
( )  OTHER _____

_Jimmy Abbett_              _Larry Daniel_
SHERIFF                     OFFICER

OPERATOR: CAP
PREPARED: 05/26/2005

**Exhibit B
Inmate File, Arrest Narrative dated
June 2, 2005**

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R&I Completed |
|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | Tallapoosa County Sheriff Department | 0 4 0 8 0 0 3 7 6 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Milan, John Franklin | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ 1 W ☒ 3 A ☐ 2 B ☐ 4 I | 508 | 165 | Bro | Bro | | |

| 14 | ☐ 1 SCARS | ☐ 2 MARKS | ☒ 3 TATTOOS | ☐ 4 AMPUTATIONS |
|---|---|---|---|---|

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) | 15 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Birmingham, AL | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ | 46 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) ▉▉▉▉▉▉ | 28 RESIDENCE PHONE ▉▉▉▉▉ | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | | | Landscaper |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) ▉▉▉▉▉ | 32 BUSINESS PHONE |
|---|---|---|
| Central Alabama Landscaping | ALexander City, AL 35010 | 256, 212-3392 |

**ARREST**

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION |
|---|---|---|
| Wal-Mart Parking Lot Alexander City, AL 35010 | | ☒ IN STATE ☐ OUT STATE AGENCY  ☒ YES ☐ NO |

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☐ DRINKING | ☒ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ 2 OFFICER | ☒ 1 NONE ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 8 2 0 0 4 | 1846  ☐ 1. AM ☒ 2. PM ☐ 3. MIL | S M T W T F S | ☒ 1 ON VIEW ☐ 2 WARRANT ☐ 3 CALL | ☐ Y ☒ N ☐ UNKNOWN |

| 46 CHARGE—1 | ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE—2 | ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| GJI (Felony DUI) | | 5404 | GJI (Reckless Driving) | | 5499 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 32-5A-191(a)(2) | GJI # 62 | 0 8 1 7 0 4 | 32-5A-190 | GJI # 63 | |

| 56 CHARGE—3 | ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE—4 | ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| GJI (Improper Tag) | | 5499 | GJI (Driving while Revoked) | | 5499 |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 40-12-266 | GJI # 64 | 0 8 1 7 0 4 | 32-6-19 | GJI # 65 | 0 8 1 7 0 4 |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**vehicle**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 78 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 75 VIN | | | | | | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | | 83 RELEASED TO |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|---|
| | | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION |
|---|---|---|
| M D Y  ☐ 1. AM ☐ 2. PM ☐ 3. MIL | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | 94 ID # |
|---|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| | 0 4 0 8 0 0 3 7 6 | A | 0 4 0 8 0 0 3 7 6 | B | 0 4 0 8 0 0 3 7 6 | C | |

| ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| Waldrop, Michael E. | 056 | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

AC-110  24 REV. 10-99

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|---|
| | 0 6 0 2 0 5 | 8:49 ☒ A.M. ☐ P.M. ☐ MIL | 0 5 0 6 0 0 0 1 7 | 1 |

120 ADDITIONAL ARREST INFORMATION

On 06/02/05 subject was arrested on warrants for probation violation times two and transported to the Tallapoosa County jail.

NARRATIVE

# Exhibit C
# Inmate File, In-Processing Check List dated June 2, 2005



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: _Milan    John_    Name ID: _13268_    Date In: _6-2-05_

Booking Number: _05-000884_    Time In: _0920_    Shift: _A-1_

_✓_ 1. Medical screening completed. Notify nurse of any major problems.

_✓_ 2. Property Issued. (Explain to inmate about the responsibility of property.)

_✓x_ 3. Finger printing. Livescan.

_✓_ 4. Photos.

_✓_ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

_✓_ 6. Bond Set, Purge amount set, and inmate has been informed. Comments: _____

_Probation U.O/._ _____

_✓_ 7. All copies of reports made and copies and originals in appropriate location.

_✓_ 8. All property and valuables have been secured in appropriate location.

_✓_ 9. Any cash inmate request to be transferred to commissary account has been accounted for and

_✓_ placed in appropriate location.

_✓_ 10. NCIC Check completed:

_✓_ No wants or warrants

_____ Wanted for: _____

by: _WYATT_ _____

_____    _6-2-05 / 0920_

Booking Officer's Signature    Date/Time Booking Completed

_____

Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

**Exhibit D
Inmate File, Inmate Property Forms dated
June 2, 2005**

# TALLAPOOSA COUNTY JAIL
# PROPERTY RELEASE RECEIPT

I, _JOHN MiLAN_ do hereby authorize _Michell ABBOTT_ to obtain the following from my property. Said property is currently being held for safekeeping by the **TALLAPOOSA COUNTY JAIL.**

## DESCRIPTION:

- MONEY- $ _____
- JEWELRY _____
  _____
- CLOTHING _____
  _____
  _____
- OTHER _keys ALL BuT Clothing_

**INMATE SIGNATURE** x _John MiLan_

**DATE** _____

I, _Michell abbott_ do hereby certify that I received the above listed property from _JOHN MiLAN_, who is an inmate of the **TALLAPOOSA COUNTY JAIL.** Said property was being held as "Personal Property" for the above inmate.

Receiver's Signature _Michell_ _Abbett_

Officers Signature _C. Nail_ Date _6-2-05_

06/02/2005            Tallapoosa County Sheriff's Department                    470
21:35                                                          Page:      1
                    Receipt for Personal Property Returned

           Receipt Number:      13447                Date: 06/02/2005
           Booking Number: 05-000884
Property returned for: JOHN FRANKLIN MILAN (      13268)

I, JOHN FRANKLIN MILAN, certify that on the above date and time, the
following personal property items were returned to me by
CRUZ:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| BELT | BROWN IN COLOR | N | 1 | L0107 |
| CELLPHONE | METALLI/BURGANDY W/ HOLSTER | N | 1 | L0107 |
| KNIFE | BLACK IN COLOR W/ SINGLE BLADE | N | 1 | L0107 |
| WALLET | BLACK IN COLOR | N | 1 | L0107 |
| KEYS | GREEN COLOR HOLDER W/ SEVERAL KEYS | N | 1 | L0107 |
| HAT | RED/WHITE/BLUE IN COLOR | N | 1 | L0107 |
| GLASSES | DARK TINT LENS IN PLASTIC FRAME BLACK | N | 1 | L0107 |
| LIGHTER | BLUE IN COLOR | N | 1 | L0107 |
| BRACELET | BLACK IN COLOR | N | 1 | L0107 |

Property returned by:                    Property received by:

_____                  _____
CRUZ                                      JOHN FRANKLIN MILAN

```
06/02/2005              Tallapoosa County Sheriff's Department                  470
21:25                       Receipt for Personal Property Stored        Page:    1
```

```
        Receipt Number:      72488              Date: 06/02/2005
        Booking Number: 05-000884
Property Stored for: JOHN FRANKLIN MILAN (    13268)
```

I, JOHN FRANKLIN MILAN, certify that on the above date and time, the
following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| SHIRT | YELLOW IN COLOR | N | 1 | L0107 |
| PANTS | BLUE IN COLOR | N | 1 | L0107 |
| BELT | BROWN IN COLOR | N | 1 | L0107 |
| CELLPHONE | METALLI/BURGANDY W/ HOLSTER | N | 1 | L0107 |
| KNIFE | BLACK IN COLOR W/ SINGLE BLADE | N | 1 | L0107 |
| WALLET | BLACK IN COLOR | N | 1 | L0107 |
| KEYS | GREEN COLOR HOLDER W/ SEVERAL KEYS | N | 1 | L0107 |
| HAT | RED/WHITE/BLUE IN COLOR | N | 1 | L0107 |
| GLASSES | DARK TINT LENS IN PLASTIC FRAME BLACK | N | 1 | L0107 |
| LIGHTER | BLUE IN COLOR | N | 1 | L0107 |
| BRACELET | BLACK IN COLOR | N | 1 | L0107 |
| SHOES | BROWN IN COLOR | N | 2 | L0107 |
| SOCKS | GREY IN COLOR | N | 2 | L0107 |

Property received by:                    Property stored for:

_____                  _____
CRUZ                                      JOHN FRANKLIN MILAN

```
06/02/2005            Tallapoosa County Sheriff's Department                    470
21:25                                                              Page:    1
                 Receipt for Property and Personal Use Items Issued

      Receipt Number:     11270                   Date: 06/02/2005
      Booking Number: 05-000884
Property issued to: JOHN FRANKLIN MILAN  (      13268

I, JOHN FRANKLIN MILAN, certify that on the above date and time, the
following property and personal use items were issued to me by
CRUZ

     ITEM              DESCRIPTION               SIZE    QUANTITY      CONDITION
  _____    _____  _____  _____   _____
BLANKET         COTTON WHITE                                 1
PROPERTY BOX    CLEAR PLASTIC / BLUE TOP                     1
SOAP            SOAP                                         1
PILLOW          FOAM                                         1
MATTRESS        GREEN,BLUE PLASTIC/FOAM                      1
TOWELL          TOWELL WHITE COTTON                          1
SANDLES         PVC BROWN OR TAN                             2
RULE BOOK       WHITE PAPER                                  1
WASH CLOTH      SMALL WASH CLOTH COTTON                      1
MATTRESS COVER6                                              1
LAUNDRY BAG     NET NYLON                                    1
SHEETS          WHITE COTTON SHEETS                          2
SHIRTS          WHITE COTTON UNISEX                          3
PANTS           WHITE COTTON TROUSERS UNISEX                 3
CUP             PLASTIC                                      1
TOOTHPASTE      FRESH MINT                                   1
TOOTHBRUSH      SMALL HANDLE                                 1
PEN             INK PEN BLACK INK,RUBBER CASE                1
PILLOW CASE     WHITE COTTON                                 1


Property received by:                      Property issued by:

X  John M Milan                            _____
_____
JOHN FRANKLIN MILAN                        CRUZ
```

**Exhibit E
Inmate File, Order dated
June 29, 2005**

A1

## IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY
## AT DADEVILLE, ALABAMA

STATE OF ALABAMA                )
                                )
VS.                             )          CASE NO. CC-04-176AC
                                )          CC-02-49.71D
JOHN FRANKLIN MILAN             )

### ORDER

The above cause shall be set for probation revocation hearing on August 24, 2005, 9:00 a.m. Hon. Paul Hunt shall be appointed to represent the defendant at said hearing.

Let a copy of this Order issue to the defendant, counsel, the District Attorneys Office, the Office of Probation and Parole, and the Tallapoosa County Sheriffs Department.

Signed this the 29th day of June, 2005.

Ray D. Martin

RAY D. MARTIN
CIRCUIT JUDGE

copies
6·30·05
D. A.
P. Hnt
P & P
TC SO
A.C.



JUN 2005
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

# Exhibit F
# Inmate File, Court Action/Arrest Authentication for dated August 24, 2005



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

**DATE:** _8-24-05_

**NAME OF PRISONER:** _John F. Milan_    **NID#:** _____

**JUDGE:** _Martin_    **CASE #: (IF KNOWN)** _____

**CHARGE(S):** _Probation Revocation_

## COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**

_Probation Revoked_

_____    _David Johnson_

**BOOKING OFFICER**    **OFFICER COMPLETING FORM**

# Exhibit G
# Inmate File, Conviction Report dated
# August 25, 2005

ACR359

ALABAMA JUDICIAL DATA CENTER
TALLAPOOSA COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2002 000049.00 01
ASSIGNED JUDGE

```
| CIRCUIT COURT OF TALLAPOOSA COUNTY          COURT ORI: 062015 J
```

STATE OF ALABAMA        VS.                  DC NO: DC 2001 000352.00
MILAN JOHN FRANK                ALIAS:        G J:    196, 197
                                ALIAS:        SSN:
                                              SID:
                                              AIS:     000000

DOB:                  SEX: M   HT: 5 06   WT: 150  HAIR: BLN   EYE: GRN
RACE: (X)W ( )B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____

DATE OFFENSE: 06/07/2001   ARREST DATE: 06/07/2001   ARREST ORI: 0620000

CHARGES @ CONV    CITES            CT CL COURT ACTION            CA DATE
POSS/REC CONTR. SU 13A-012-212     01 C  GUILTY PLEA            05/21/2002
ASSAULT 3RD - DOME 13A-006-022     01 A  GUILTY PLEA            05/21/2002
                                   00                           00/00/0000

JUDGE: ASSIGNED JUDGE              PROSECUTOR:

PROBATION APPLIED   GRANTED   DATE     REARRESTED  DATE   REVOKED    DATE
( )Y ( )N _____   ( )Y ( )N _____  ( )Y ( )N _____  (X)Y ( )N 08242005

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED    TOTAL     JAIL CREDIT
( )Y (X)N   CONFINEMENT:  04 00 000  00 00 000  04 00 000   00 11 084
            PROBATION  :  00 00 000             00 00 000
DATE SENTENCED: 05/21/2002   SENTENCE BEGINS: 08/24/2005

PROVISIONS                 COSTS/RESTITUTION         DUE        ORDERED

PENITENTIARY               RESTITUTION             $0.00        $0.00
CONCURR SENT               ATTORNEY FEE          $245.00      $245.00
DRUG                       CRIME VICTIMS          $50.00       $50.00
                           COST                  $271.00      $271.00
                           FINE                  $100.00      $100.00
                           MUNICIPAL FEES          $0.00        $0.00
                           DRUG FEES            $1160.00     $1160.00
                           ADDTL DEFENDANT         $0.00        $0.00
                           DA FEES                 $0.00        $0.00
                           COLLECTION ACCT         $0.00        $0.00
                           JAIL FEES               $0.00        $0.00

                           TOTAL               $1826.00     $1826.00

APPEAL DATE        SUSPENDED         AFFIRMED          REARREST
( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____

REMARKS:                           THIS IS TO CERTIFY THAT THE
                                   ABOVE INFORMATION WAS EXTRACTED
                                   FROM OFFICIAL COURT RECORDS
                                   AND IS TRUE AND CORRECT.
05-21-2002 SENTENCED TO 4 YRS SPLIT TO SERVE 11 MOS.
08-24-2005 PROBATION REVOKED
```

*Frank Lucas*

FRANK LUCAS

08/25/2005

OPERATOR: PAL
PREPARED: 08/25/2005

TCSO

# Exhibit H
# Out-Processing Check List dated
# October 3, 2005



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: _Milan, John_     Name ID: _13268_     Date Out: _10-3-05_

Booking Number: _05-00884_     Time Out: _0603_     Shift: _B1_

_____1. Manner in which inmate is being released has been confirmed.

_____2. NCIC Check completed:     _Released to DOC_

_____ No wants or warrants

_____ Wanted for: _____

by: _____

✓ 3. Inmate returned all issued property, spillman updated.

✓ 4. Inmate received and signed for all his/her property, spillman updated.

_N/A_ 5. Bond completed and copies/originals in appropriate location.

_N/A_ 6. Copy of bond/receipt/order has been placed in inmates record.

_____7. Cash Account: Inmate received commissary funds upon release: Yes/No

If no explain: _____

✓ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____          _10-3-05_____

Booking Officer's Signature                Date/Time Release Completed


_Sgt Frazier_
Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

# Exhibit I
# Affidavit of Blake Jennings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

JOHN FRANKLIN MILAN,

    Plaintiff,

v.

TALLAPOOSA COUNTY JAIL., et al.

    Defendants.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:05-CV-893-F

## AFFIDAVIT OF BLAKE JENNINGS

STATE OF ALABAMA

COUNTY OF TALLAPOOSA

)
)
)

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Blake Jennings, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Blake Jennings. I am over the age of nineteen and competent to make this affidavit.

2.     I have been employed by the Tallapoosa County Sheriff's Department since 1998. On March 19, 2005, I became the Jail Administrator of the Tallapoosa County Jail.

3.     I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Jail.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     Two ministers come to the Tallapoosa County Jail once each week to provide religious counsel to all inmates

6.    It is the policy of the Tallapoosa County Jail that any inmate will be permitted to visit with his minister, priest, or rabbi for the purpose of receiving spiritual counsel and/or the purpose of participating in a worship service. Inmates are informed of this policy via the Inmate Handbook.

7.    Bibles are regularly donated to the Jail and are issued to inmates upon their request.

8.    Because of safety and security concerns, including the concerns regarding contraband, inmates are not allowed to have Bibles brought in from outside the Jail facility.

9.    The Plaintiff told me that the print on the Bible that he was issued was too small.

10.    However, there were no larger print Bibles available at the Jail.

11.    Therefore, I purchased two large print Bibles for the Jail and issued one to Plaintiff.

12.    After the large print Bible was issued to Plaintiff, I received the Complaint filed in this matter.

13.    When Plaintiff was released to the Department of Corrections, he took the Bible with him.

14.    Internal grievance procedures at the Tallapoosa County Jail are available to all inmates. It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Jail staff member for any grievances they may have.

15.    Plaintiff did not file a grievance with the jail concerning the allegations made the basis of his Complaint. The grievance filed with the Complaint was not filed with the jail, and I did not receive that grievance until the date I received the Complaint in this lawsuit.

16.    I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of inmate records, kept at the Tallapoosa County Jail in the regular course of business. I am the custodian of these Records.

17.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.


_____
BLAKE JENNINGS


SWORN TO and SUBSCRIBED before me this ____ day of October, 2005.


_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES APRIL 5, 2009 _____

3

**Exhibit J**
**Affidavit of Carolyn Moss**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHN FRANKLIN MILAN,                    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Civil Action No.  3:05-CV-893-F
                                        )
TALLAPOOSA COUNTY JAIL, et al.          )
                                        )
        Defendants.                     )
                    AFFIDAVIT OF CAROLYN MOSS

STATE OF ALABAMA            )
                            )
COUNTY OF TALLAPOOSA        )

        BEFORE ME, the undersigned authority and Notary Public in and for said County and

State at large, personally appeared Carolyn Moss, who being known to me and being by me first

duly sworn on oath deposes and says as follows:

        1.      My name is Carolyn Moss.  I am over the age of nineteen and competent to

make this affidavit.

        2.      I am employed at the Tallapoosa County Jail and have achieved the rank of

Lieutenant.  I have at the Jail for eight years.  I am a 1998 graduate of the Jail Management

School.

        3.      I am familiar with the Plaintiff due to his incarceration in the Tallapoosa

County Jail.

        4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a

manner as to deprive the Plaintiff of any right to which he was entitled.

5. Two ministers come to the Tallapoosa County Jail once each week to provide religious counsel to all inmates

6. It is the policy of the Tallapoosa County Jail that any inmate will be permitted to visit with his minister, priest, or rabbi for the purpose of receiving spiritual counsel and/or the purpose of participating in a worship service. Inmates are informed of this policy via the Inmate Handbook.

7. Bibles are regularly donated to the Jail and are issued to inmates upon their request.

8. Because of safety and security concerns, including the concerns regarding contraband, inmates are not allowed to have Bibles brought in from outside the Jail facility.

9. On July 3, 2005, Plaintiff filled out an inmate request form stating that his mother was bringing his glasses. He further stated that he wanted his mother to bring him a Bible.

10. Plaintiff was given his reading glasses on July 5, 2005

11. Because of the Jail's policy that Bibles are issued by the jail and not brought in from outside the Jail facility, I issued Plaintiff a Bible on July 6, 2005.

12. The Plaintiff told me that the print on the Bible that he was issued was too small.

13. However, there were no larger print Bibles available at the Jail.

14. Therefore, Jail Administrator Jennings purchased two large print Bibles for the Jail and issued one to Plaintiff

15. After the large print Bible was issued to Plaintiff, I received the Complaint filed in this matter.

2

16.    When Plaintiff was released into the custody of the Department of Corrections, he took the Bible with him.

17.    Internal grievance procedures at the Tallapoosa County Jail are available to all inmates.  It is the policy of the Tallapoosa County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon.  Inmates are given an Inmate Grievance Form to complete and return to a Tallapoosa County Jail staff member for any grievances they may have.

18.    Plaintiff did not file a grievance with the jail concerning the allegations made the basis of his Complaint.  The grievance filed with the Complaint was not filed with the jail, and I did not receive that grievance until the date I received the Complaint in this lawsuit.

19.    I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_Carolyn Moss_
CAROLYN MOSS

**SWORN TO** and **SUBSCRIBED** before me this 31 day of October, 2005.


_Marianne Adams_
NOTARY PUBLIC
My Commission Expires:    MY COMMISSION EXPIRES JULY 10, 2008

3

**Exhibit K**
**Inmate File, Request Form dated**
**July 3, 2005**

One of 2 Copies

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
### (ONLY ONE REQUEST PER FORM)

07/03/05

NAME: John F. Milam   ID# 13268   CELL# C-2   DATE: 07/03/05

---

BRIEFLY OUTLINE YOUR REQUEST:

---

Mrs Moss, my mother is comming tuesday 07/05/05 to bring my glasses. I have also asked her to bring my bible. It is 5"x8" and it is paper back. She brought it on one of her prior visits but was told it wasn't allowed because inmates Roll Ciggarettes out of the pages.   Next Page

John T Milan
### (INMATES SIGNATURE)

---

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

Bible Issue on 7-6-05

Given Reading Glasses on 7-5-05

Your underwear can be briefs or boxes

7-6-05
### (DATE)

Lt Moss
### (OFFICERS SIGNATURE)

TCJ Form -04

# Exhibit L
# Receipt for Giant Print Bibles

CK 4
1136

**FREDS**
17916 HWY 280
DADEVILLE, AL. 36853

1403027 CASH                    4543 1403 021

950246 GIANT PRINT BIBLE    1      9.84
950246 GIANT PRINT BIBLE    1      9.84
              SUBTOTAL               19.68
   8.5 % SALES TAX                    1.67
              TOTAL                   21.35
                                     21.35
        Check
CUSTOMER HOTLINE 800-374-7417 EXT.8255

TRAN CODE: 509414520117
                         7/25/05   11:22

PD. FROM Comm Fund
CK. # 1136
DATE 7-25-05
DEBIT ☐ _____
CREDIT ☐ _____