IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JOHN FRANKLIN MILAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 3:05-CV-893-F |
| **TALLAPOOSA COUNTY JAIL, et al.** | ) |
| **Defendants.** | ) |

## DEFENDANTS' ANSWER

COME NOW Blake Jennings and Carolyn Moss, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

## Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, David Edward Richardson, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

## Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

    4.    Defendants, in their official capacities, are not "persons" under 42 U.S.C. § 1983.

    5.    The Plaintiff's claims are barred by the Prison Litigation Reform Act.

    6.    Defendants are not liable based upon *Respondeat Superior* theories of liability.

    7.    Defendants were not deliberately indifferent in any respect.

    8.    The Plaintiff cannot prove a violation of his rights under United States Constitution.

    9.    Plaintiff's rights to practice his religion were not violated.

    10.    Plaintiff was given reasonable opportunities to practice his religion.

Respectfully submitted this 31st day of October, 2005.

        **s/Amanda Kay Morgan Allred**
        GARY L. WILLFORD, JR. Bar Number: WIL198
        AMANDA KAY MORGAN ALLRED Bar No. ALL079
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: aallred@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of October, 2005, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        John Franklin Milan
        Tallapoosa County Jail
        316 Industrial Park Drive
        Dadeville, AL 36853

        **s/Amanda Kay Morgan Allred**
        OF COUNSEL